UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GILBERTO DIAZ,<br><br>                                 Plaintiff,<br><br>          -against-<br><br>THE DEFENDANTS, et al.,<br><br>                                 Defendants. | 21-CV-8595 (LTS)<br><br>CIVIL JUDGMENT |

Pursuant to the order issued October 25, 2021, dismissing the complaint,

IT IS ORDERED, ADJUDGED, AND DECREED that the complaint is dismissed without prejudice under the Prison Litigation Reform Act's "three-strikes" rule. *See* 28 U.S.C. § 1915(g). Plaintiff continues to be barred from filing any civil action under the *in forma pauperis* (IFP) statute while a prisoner unless Plaintiff is under imminent danger of serious physical injury. *See* 28 U.S.C. § 1915(g).

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated:   October 25, 2021
            New York, New York

                                                          /s/ Laura Taylor Swain
                                                          LAURA TAYLOR SWAIN
                                                          Chief United States District Judge